UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Alexander Palomarez,

          Plaintiff,

Case No. 20-cv-505-PJS-KMM

v.

ORDER

Darin Young,

          Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Kate Menendez, dated March 10, 2020.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    IS HEREBY RECOMMENDED THAT:

1. This matter is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1406(a).

2. The application to proceed *in forma pauperis* of petitioner Alexander Palomarez [ECF No. 2] is DENIED.

3. Mr. Palomarez will not be issued a certificate of appealability.

**Let Judgment Be Entered Accordingly.**

Date: 4/17/20                               s/Patrick J. Schiltz
                                            PATRICK J. SCHILTZ
                                            United States District Court Judge